

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-15-00342-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st Judicial District Court |
| LINDSEY HRADEK, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20130D00417) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the grant of a new trial. We therefore reverse the granting of a new trial, reinstate the jury verdict, and affirm the conviction, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF AUGUST, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, J., and McClure, Senior Judge
McClure, Senior Judge (Sitting by Assignment)
Palafox, J., Dissenting